JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SUMNER, | Case No. CV 12-9177-JAK (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| P.D. BRAZELTON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 4, 2016

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE